# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BRODY,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. HARDSHIP GROUP, LLC d/b/a/ Credit Shield,<br><br>    Defendants. | Civil Action No. 4:17-CV-06080-HSG<br><br>**ORDER GRANTING THE JOINT STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT**<br><br>**Hon. Haywood S. Gilliam, Jr.** |

Having considered the Joint Stipulation to extend the deadline for Defendant to answer Plaintiff's Complaint and for good cause being shown:

**IT IS HEREBY ORDERED THAT Defendant will have until** December 27, 2017 to answer Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: <u>December 15, 2017</u>  By: *[signature]*

                                                         **Hon. Hon. Haywood S. Gilliam, Jr.**
                                                       United States District Judge