UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE BRODY | ) | CASE NO. CASE NO. 4:17-CV-06080 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PARTIES' |
| | ) | STIPULATION REQUEST TO |
| vs. | ) | CONTINUE CASE MANAGEMENT |
| | ) | CONFERENCE AND RELATED |
| U.S. HARDSHIP GROUP, LLC and | ) | DEADLINES |
| CREDIT SHIELD | ) | |
| | ) | Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | ) | |
| | ) | |

Having considered the Parties' Stipulation to continue Case Management Conference and related deadlines, and for good cause, it is hereby ordered that the Parties' joint request is hereby granted: (1) The Scheduling Conference shall be continued to March 6, 2018 at 2:00 p.m.; (2) The Parties shall file Case Management Conference Statement and 26(f) Joint Discovery Plan on or before February 28, 2018.

DATED: January 10, 2018

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Judge

1