1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9             **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  LESLIE BRODY, | Civil Action No. 4:17-CV-06080-HSG |
| 12            Plaintiff, | **Hon. Haywood S. Gilliam, Jr.** |
| 13       vs. | |
| 14  U.S. HARDSHIP GROUP, LLC | **ORDER GRANTING PERMISSION** |
| 15  AND CREDIT SHIELD, | **TO APPEAR TELEPHONICALLY** |
| 16            Defendants. | **Date:**          **March 6, 2018** |
| 17 | **Time:**          **2:00 p.m.** |
| 18 | **Courtroom No:   2** |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

---

Counsel for Defendant U.S. HARDSHIP GROUP, LLC requested permission to appear at the Case Management Conference telephonically:

NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Counsel for Defendant U.S. HARDSHIP GROUP, LLC has the Court's permission to attend telephonically at the Case Management Conference scheduled for March 6, 2018 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.


Dated:   2/26/2018

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE