# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leslie Brody, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Hardship Group, LLC, and Credit Shield, <br><br> Defendant. | **Case No. 4:17-CV-06080-HSG** <br><br> **Hon. Haywood S. Gilliam, Jr.** <br><br> **ORDER GRANTING PERMISSION TO APPEAR TELEPHONICALLY** <br><br> **Date: March 6, 2018** <br> **Time: 2:00 p.m.** <br> **Courtroom No: 2** |

Counsel for Plaintiff Leslie Brody requested permission to appear at the Case Management Conference telephonically:

NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Counsel for Plaintiff Leslie Brody has the Court's permission to attend

1 | telephonically at the Case Management Conference scheduled for March 6, 2018 at
2 | 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements
3 | for the telephonic appearance.

IT IS SO ORDERED.

Dated: February 28, 2018

By: *Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE