# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leslie Brody,<br><br>              Plaintiff,<br><br>    v.<br><br>U.S. Hardships, Inc. et al.,<br><br>              Defendants. | CASE NO. 4:17-CV-06080-HSG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE TO CONDUCT A PRIVATE MEDIATION** |

1 | The Court having considered the Joint Motion to Continue the Deadline to
2 | Conduct a Private Mediation, and good cause appearing therefore, hereby
3 | **GRANTS** the parties' Joint Motion and ORDERS the parties to conduct a
4 | mediation on or before July 15, 2018.

**IT IS SO ORDERED.**

Dated: June 6, 2018

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge