# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BRODY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. HARDSHIP GROUP, LLC; and CREDIT SHIELD, <br><br> Defendants. | Case No.: 4:17-cv-06080-HSG <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE DISMISSAL** <br><br> **HON. HAYWOOD S. GILLIAM, JR.** |

Based upon the Joint Motion, and good cause, this Court hereby continues the deadline to dismiss the above entitled action with prejudice by 40 days.

IT IS SO ORDERED.

Dated: October 10, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE